**COMMONWEALTH of Pennsylvania,** **Respondent**

v.

**Sumo DUKULAH, Petitioner**

**No. 155 EAL 2017**

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

**AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,** **Respondent**

v.

**Shykeir SMITH, Petitioner**

**No. 187 EAL 2017**

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

**AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,** **Respondent**

v.

**Curtis KINGWOOD, Petitioner**

**No. 261 EAL 2017**

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

**AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.